# Court of Appeals
# of the State of Georgia

ATLANTA,_____

*The Court of Appeals hereby passes the following order:*

**A25E0056, A25E0057. OSAGHAE v. OSAGHAE.**

This Court's order issued in Case No. A25E0056 is hereby VACATED. This order is hereby SUBSTITUTED in place of said order. Appellant's motions for extensions of time to file discretionary applications in Case Nos. A25E0056 and A25E0057 are hereby GRANTED. Appellant shall file the discretionary application(s) no later than February 4, 2025. See Court of Appeals Rules 16 (c), 31 (h).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*